# United States Bankruptcy Court
# Eastern District of Virginia

In re   Lillie Evans Tingen                                              Case No.   17-33539-KLP

                       Debtor(s)                                          Chapter   7

## ORDER ON REAFFIRMATION AGREEMENT

The debtor(s) __Lillie Evans Tingen_____ filed
                              (Name(s) of debtor(s))
__reaffirmation documents_____ on _____August 11, 2017_____
                                                                  (Date filed)
made between the debtor(s) and the creditor __Vanderbilt Mortgage and Finance, Inc._____.
                                                          (Name of creditor)

The court held the hearing required by 11 U.S.C. §524(d) or §524(m), on notice to the debtor(s) and the creditor on _____September 6, 2017_____.
                   (Date)

COURT ORDER:

☐ The court grants the debtor's motion under 11 U.S.C. § 524(c)(6)(A) and approves the reaffirmation agreement described above as not imposing an undue hardship on the debtor(s) or a dependent of the debtor(s) and as being in the best interest of the debtor(s).

☐ The court grants the debtor's motion under 11 U.S.C. §524(k)(8) and approves the reaffirmation agreement described above.

☐ The court reviewed the presumption of undue hardship and does not disapprove the reaffirmation agreement under 11 U.S.C. §524(m).

☐ The court disapproves the reaffirmation agreement under 11 U.S.C. §524(m)

☑ The court does not approve the reaffirmation agreement.

☐ Sets the matter for a hearing on _____.

☑ The Court finds that the Debtor has complied with the duties imposed by 11 U.S.C. §§ 521(a)(6) and 362(h) with respect to the creditor's claim, and 11 U.S.C. § 521(d) is thus inapplicable.  See In re Husain, 364 BR 211 (Bankr. E.D. Va.); In re Isom, Case No. 07-31469, 2007 WL 2110318 (Bankr. E.D. Va. July 27, 2007).

                                        BY THE COURT

Date:  Sep 14 2017_____            /s/ Keith L. Phillips_____
                                        *United States Bankruptcy Judge*

                                        NOTICE OF JUDGMENT OR ORDER
                                        ENTERED ON DOCKET:  Sep 14 2017_____

[2400Cedva ver. 12/15]